

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| DJM | *271 Cadman Plaza East* |
| F. #2025R00073 | *Brooklyn, New York 11201* |

September 4, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　Re:　　United States v. Karsem Allen, et al.
　　　　　　　　　　Criminal Docket No. 25-216 (BMC)

Dear Judge Cogan:

　　　　The government respectfully writes to request that a proposed stipulation concerning discovery materials be so ordered by the Court.  The government makes this application because a substantial amount of the discovery materials to be produced in this case contains sensitive law enforcement information, and it believes that the proposed stipulation will enable expedited production of those materials.  The proposed stipulation and order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　JOSEPH NOCELLA, JR.
　　　　　　　　　　　　　　United States Attorney

　　　　　　　By:　　/s/ Daniel J. Marcus
　　　　　　　　　　　Daniel J. Marcus
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　(718) 254-6280